IN THE UNITED STATES COURT OF APPEAL
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| CHRISTOPHER SMITH, | : | |
|     Appellant | : | |
| v. | : | |
| | : | Record No.: 24-7017 |
| UNITED STATES OF AMERICA, | : | |
|     Appellee. | : | |

## MOTION TO ENLARGE TIME TO FILE OPENING BRIEF AND JOINT APPENDIX

Comes now the Appellant, CHRISTOPHER SMITH, by and through counsel and moves this Honorable Court to enlarge the time for him to file his opening brief and joint appendix in the above-syled matter. In support of which Appellant states the following:

1. The opening brief and joint appendix are set to be filed no later than February 26, 2025.

2. The parties request additional time to confer and prepare the required joint appendix.

4. An order enlarging the time by 14 days would permit counsel for the appellant to have the joint appendix completed with all necessary items from the trial court record.

5. Undersigned counsel conferred with counsel for the government.

6. This is the first request for an enlargement of time.

7. An order granting the instant request would not prejudice either party.

Respectfully Submitted,

By Counsel

_____/s/_____
Robert L. Jenkins, Jr.
Bynum & Jenkins
Virginia State Bar No.: 39161
1010 Cameron Street

Alexandria, VA  22314
Telephone 703 309 0899
Fax 703 549 7701
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Appellant CHRISTOPHER SMITH

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on February 26, 2025.


      _____/s/_____
Robert L. Jenkins, Jr.
Bynum & Jenkins
Virginia State Bar No.:  39161
1010 Cameron Street
Alexandria, VA  22314
Telephone 703 309 0899
Fax 703 549 7701
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Appellant CHRISTOPHER SMITH