# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 13, 2025

_____

### DOCKET CORRECTION NOTICE
_____

No. 24-7017,    <u>US v. Christopher Smith</u>
                    2:15-cr-00007-JAG-DEM-1

TO:    Christopher Smith

BRIEF OR JOINT APPENDIX CORRECTION DUE:  March 18, 2025

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

_____

[ XX ] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

Rachel Phillips, Deputy Clerk
804-916-2702