# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 13, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 24-7017,    <u>US v. Christopher Smith</u>
                2:15-cr-00007-JAG-DEM-1

TO:    Christopher Smith

SEALED JOINT APPENDIX CORRECTION DUE:  March 18, 2025

Please make the correction identified below by the due date indicated.

---

[ XX ] <u>Certificate of Confidentiality</u>: You must file certificates of confidentiality for sealed volumes, identifying the authority for sealing the material and who may have access to the material.

---

Rachel Phillips, Deputy Clerk
804-916-2702