# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 19, 2025

_____

## RULE 45 NOTICE-BRIEF/APPENDIX

_____

No. 24-7017,   US v. Christopher Smith
                2:15-cr-00007-JAG-DEM-1

TO:   Christopher  Smith

**BRIEFING DOCUMENT DUE:** 04/03/2025

The court has not received the corrected briefing document(s) identified below, which are now overdue under this court's briefing order. Please take notice that the court may dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the corrected document(s) and a motion to extend filing time are received in the clerk's office, or the default is otherwise remedied, within 15 days of the date of this notice. The deadlines for any subsequent briefs may be extended after filing of the past-due brief.

| |
|---|
| [ XX ] Corrected opening brief . Brief is not text-searchable. Please refile brief as a text-searchable PDF. |
| [ XX ] Certificate of Confidentiality: You must file certificates of confidentiality for sealed volumes, identifying the authority for sealing the material and who may have access to the material. |

Rachel Phillips, Deputy Clerk
804-916-2702